IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA M. ELORZA and FERNANDO ELORZA, her husband, | ) ) ) | C. A. NO. 04-0656 |
| | ) | Judge Lancaster |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | |
| MIGUEL A. MARRERO, M.D., | ) ) ) | |
| Defendant. | ) | |

## PRAECIPE TO VOLUNTARILY DISCONTINUE THE WITHIN-CAPTIONED ACTION

To: Clerk, U.S. District Court
for the Western District of Pennsylvania

Kindly mark the docket as the within-captioned action having been voluntarily discontinued with prejudice as to Defendant, Miguel A. Marrero, M.D.

Respectfully submitted,

HARRINGTON SCHWEERS DATTILO &
 McCLELLAND, P.C.
Firm #949
100 Ross Street
Pittsburgh, PA 15219
(412) 391-3477

BY: _____
William S. Schweers, Jr., Esquire
PA I.D. #27625

Attorney for Plaintiffs.

SO ORDERED, this 24th day of April, 2006.

_____
Gary L. Lancaster, U.S. District Judge